██ The People of the State of New York, Respondent, v
Paris Jackson, Appellant. [849 NYS2d 847]—Appeal from a judg-
ment of the Erie County Court (Sheila A. DiTullio, J.), rendered
August 23, 2006. The judgment convicted defendant, upon his
plea of guilty, of criminal possession of a weapon in the third
degree and attempted criminal possession of a controlled
substance in the fifth degree.

It is hereby ordered that the judgment so appealed from is
unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting
him upon his plea of guilty of criminal possession of a weapon
in the third degree (Penal Law § 265.02 [former (4)]) and at-
tempted criminal possession of a controlled substance in the
fifth degree (§§ 110.00, 220.06 [5]). Contrary to the contention
of defendant, his waiver of the right to appeal was voluntarily,
knowingly, and intelligently entered, and that waiver encompas-
ses defendant's challenge to the severity of the sentence (*see
People v Lopez*, 6 NY3d 248, 255-256 [2006]). The waiver by de-
fendant of the right to appeal also encompasses his contention
that County Court erred in denying his request for youthful of-
fender status (*see People v Williams*, 37 AD3d 1193 [2007]) and,
in any event, that contention is without merit (*see generally
People v Washpun*, 41 AD3d 1233 [2007], *lv denied* 9 NY3d 883
[2007]). Present—Hurlbutt, J.P., Martoche, Smith, Lunn and
Peradotto, JJ.